Mount Kisco National Bank and Trust Company, as Trustee under a Trust Agreement between James A. Benedict, Kittie D. Benedict and Mount Kisco National Bank and Trust Company, Respondent v. James A. Benedict, Appellant.

Submitted April 8, 1946; decided April 18, 1946.

*Louis F. Huttenlocher* and *Caleb A. Harding* for motion. *Ralph A. McClelland* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements upon the ground that the order does not finally determine the action within the meaning of the Constitution.